DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ  85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| FRAZIER, BILLY C., | ) | CASE NO. 2-05-BK-23396-RJH |
| | ) | |
| | ) | |
| | ) | AMENDED PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Capital One Bank<br>C/o TSYS Debt Mgmt.<br>PO Box 5155<br>Norcross, GA 30091 | $0.20 |
| 2 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $0.36 |
| 4 | Mallinckrodt Inc.<br>675 McDonnell Blvd.<br>Hazelwood, MO 63042 | $0.16 |
| 6 | Medline Industries, Inc<br>Attn: Anne Kisha<br>One Medline Place<br>Mundelein, IL 60060 | $0.03 |
| 8 | VGM Financial Svcs<br>PO Box 1620<br>Waterloo, IA 50704 | $2.99 |
| 9 | Gulf Medical Supplies<br>4345 S. Point Blvd.<br>Jacksonville, FL 32216 | $0.86 |
| 10 | LVNV Funding LLC its successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | $1.93 |
| 11 | LVNV Funding LLC its successors and assigns, as<br>Resurgent Capital Services | $2.54 |

| | | |
|---|---|---|
| | P.O. Box 10587<br>Greenville, SC 29603-0587 | |
| 12 | Independence Medical<br>P.O. Box 74569<br>Cleveland, OH 44194 | $1.61 |
| 13 | Lovin" Like News #3045<br>C/O Szabo Associates, Inc.<br>3355 Lenox Rd 9th Floor<br>Atlanata, GA 30326 | $0.53 |
| 17 | B-Line, LLC/Creditrust SPV 99-2, LLC<br>TRANSAMERICA<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121 | $0.61 |
| 18 | eCast Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $0.04 |
| 19 | eCast Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $0.20 |
| 22 | American Express Bank, FSB<br>c/o Phillips and Cohen Associates, LTD<br>258 Chapman Road, Suite 205<br>Neward, DE 19702 | $0.83 |
| 23 | First Data Commercial Svcs<br>1307 Walt Whitman Rd<br>Melville, NY 11747 | $1.40 |
| 27A | Balboa Capital Corp<br>Attn Legal Dept<br>2010 Main St 11th Flr<br>Irvine, CA 92614 | $2.80 |

*11/25/09*_____        */s/ David M. Reaves*_____
DATE                                      David M. Reaves, Trustee